# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0017. ASHLEIGH RICKS v. THE STATE.

In May 2012, Ashleigh Ricks pled guilty to felony murder, and the trial court sentenced her to life in prison.[1] In June 2020, Ricks filed a pro se "extraordinary motion" in which she challenged her conviction. The trial court denied that motion, and Ricks appeals. We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764, 764 (740 SE2d 124) (2013) (appeal from denial of motion attacking murder convictions as void).

---

[1] Since that time, the trial court denied multiple post-conviction motions filed by Ricks, and Ricks appealed. The Supreme Court vacated the trial court's ruling and directed it to dismiss the motions. Case No. S19A0597 (Oct. 31, 2019).

Accordingly, Ricks's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  09/15/2020*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*